682

No. 1057. SIMS *v.* RIVES. June 1, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James J. Laughlin* for petitioner. No appearance for respondent.

No. 1061. CARDEN *v.* NORTH CAROLINA. June 1, 1936. Petition for writ of certiorari to the Supreme Court of North Carolina, and motion for leave to proceed further *in forma papueris,* denied. *Mr. J. B. Carden, pro se.* No appearance for respondent.

No. 1062. VINCENT *v.* ALABAMA. June 1, 1936. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jesse L. Drennan* for petitioner. No appearance for respondent.

No. 886. ATLANTIC COAST LINE R. Co. *v.* BETHEL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas W. Davis* and *W. B. Rodman, Jr.,* for petitioner. *Mr. James W. H. Roberts* for respondent.

No. 920. GLOBE GAZETTE PRINTING Co. *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edward S. Bentley* for petitioner. *Solicitor General Reed, Assistant Attorney*

*General Jackson,* and *Mr. Sewall Key* for the United States.

No. 954. CROOK ET AL. *v.* WALLACE, RECEIVER, ET AL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. D. Tarlton* for petitioners. *Mr. Lewis Fisher* for respondents.

No. 960. VIRGINIAN RY. CO. *v.* SCOTT. June 1, 1936. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. John R. Pendleton* and *W. H. T. Loyall* for petitioner. No appearance for respondent.

No. 964. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* MAYO. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Raymond G. Wright* for petitioner. *Mr. Shirley D. Parker* for respondent.

No. 975. NEW YORK EX REL. RICE *v.* GRAVES ET AL. June 1, 1936. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Howard E. Reinheimer* for petitioner. *Mr. Joseph M. Mesnig* for respondents.

No. 977. SILK CENTER BUILDING, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for